**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

PATRICK HEALY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

WELLS FARGO BANK, N.A.; and DOES 1 through 5,

Defendants.

Case No.: 20-cv-01838-H-AHG

**ORDER GRANTING MOTION TO WITHDRAW**

[Doc. No. 38.]

On April 9, 2021, Yana A. Hart filed a motion to withdraw as counsel of record for Plaintiff Patrick Healy ("Plaintiff"). (Doc. No. 38.) In her declaration submitted with the motion to withdraw, Hart states that she is no longer employed with the law firm Kazerouni

Law Group, APC and therefore no longer represents Plaintiff. (Doc. No. 38-1 at 2.) Plaintiff would still have Jared M. Hartman and Babak Semnar as counsel of record in this case. Accordingly, for good cause shown, the Court grants the motion and withdraws Hart as counsel of record for Plaintiff in this action.

**IT IS SO ORDERED.**

DATED: April 12, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT